UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SHARI DANIELLE ELKS, | ) |
| | ) |
| Plaintiff, | ) No. 3:12-cv-00839 |
| v. | ) Judge William J. Haynes, Jr. |
| | ) |
| CDB, INC. 401(k) PLAN, | ) |
| SAVANNAH DiGREGORIO, and | ) |
| RACHEL DiGREGORIO, | ) |
| | ) |
| Defendants. | ) |

*ORDER*
*This motion*
*is GRANTED*
[signature]
*10-9-12*

## PLAINTIFF SHARI DANIELLE ELKS, DEFENDANT CDB, INC. 401(k) PLAN, AND DEFENDANT RACHEL DiGREGORIO'S JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Come now Plaintiff Shari Danielle Elks ("Plaintiff"), by and through counsel, Defendant CDB, Inc. 401(k) Plan ("CDB"), by and through counsel, and Defendant Rachel DiGregorio ("Rachel DiGregorio"), appearing *pro se*, and submit this joint motion to continue the Initial Case Management Conference that was originally set for Friday, October 12, 2012.

As grounds therefore, Plaintiff would state that she was contacted by Defendant Rachel DiGregorio, who respectfully requests time to retain counsel, review the law and facts of the case and, if necessary, to file a responsive pleading in this matter.

Defendant Savannah DiGregorio has not made an appearance in this matter, either *pro se* or through counsel. Defendant Savannah DiGregorio was personally served on August 22, 2012. Defendant Savannah DiGregorio was served with the Notice of Setting Initial Case Management Conference, along with the summons and complaint. On September 28, 2012, Plaintiff sent Defendant Savannah DiGregorio a notice