IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHARI D. ELKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:12-0839 |
| ) | Chief Judge Haynes |
| CDB, INC. 401(k) PLAN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The initial case management conference in this action is re-set for **Friday, October 26, 2012 at 4:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 17th day of October, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court