IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHARI D. ELKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-0839 |
| | ) | Chief Judge Haynes |
| CDB, INC. 401(k) PLAN, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The initial case management conference in this action is re-set for **Friday, October 26, 2012 at 4:00 p.m.**

It is so **ORDERED**.

ENTERED this the 17th day of October, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court