UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SHARI DANIELLE ELKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:12-cv-00839 |
| v. | ) Judge William J. Haynes, Jr. |
| | ) |
| CDB, INC. 401(k) PLAN, | ) |
| SAVANNAH DiGREGORIO, and | ) |
| RACHEL DiGREGORIO, | ) |
| | ) |
| Defendants. | ) |

*[handwritten: Oupa, Thurnaton, Granted ill... 10-24-12]*

### PLAINTIFF SHARI DANIELLE ELKS, DEFENDANT CDB, INC. 401(k) PLAN, DEFENDANT RACHEL DiGREGORIO, AND DEFENDANT SAVANNAH DiGREGORIO'S JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Come now Plaintiff Shari Danielle Elks ("Plaintiff"), by and through counsel, Defendant CDB, Inc. 401(k) Plan ("CDB"), by and through counsel, and Defendants Rachel DiGregorio ("Rachel DiGregorio") and Savannah DiGregorio ("Savannah DiGregorio"), each appearing *pro se*, and submit this joint motion to continue the Initial Case Management Conference that was set for Friday, October 26, 2012 at 4 p.m.

As grounds therefore, all of the Parties would state that they have been in discussions to negotiate a resolution of this matter, and have agreed upon terms. However, the Parties respectfully request additional time in which to execute the documents memorializing the resolution. It is anticipated that a Consent Order and Judgment will be filed with this Court well in advance of the requested continuance date of November 9, 2012 at 2 p.m.