IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHARI DANIELLE ELKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:12-0839 |
| ) | Chief Judge Haynes |
| CDB, INC. 401(k) PLAN, et al., ) | |
| ) | |
| Defendants. ) | |

### O R D E R

The initial case management conference in this action is **re-set for Monday, November 19, 2012 at 4:00 p.m.**

It is so **ORDERED**.

ENTERED this the _5th_ day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court