IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHARI DANIELLE ELKS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:12-0839 Chief Judge Haynes |
| CDB, INC. 401(k) PLAN, et al., | ) ) | |
| Defendants. | ) ) | |

## ORDER

The initial case management conference in this action is **re-set for Monday, November 19, 2012 at 4:00 p.m.**

It is so **ORDERED**.

ENTERED this the _____ day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court